IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

MATTHEW MCDERMOTT,                                    No. 3:18-CV-02108-HZ

               Plaintiff,                                     JUDGMENT

    v.

UNITED NEWS INTERNATIONAL INC.,

               Defendant.

HERNÁNDEZ, District Judge:

    IT IS ORDERED AND ADJUDGED that, pursuant to Federal Rule of Civil Procedure 68 and the Accepted Offer of Judgment filed by the parties, ECF 13, judgment is hereby entered in favor of Plaintiff Matthew McDermott and against Defendant in the amount of Twenty-Five Thousand Dollars ($25,000.00), inclusive of all attorney fees and costs and disbursements incurred by Plaintiff.

    DATED this ___ day of _____, 2019.

                                        _____

                                        MARCO A. HERNÁNDEZ
                                        United States District Judge